

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*      *973-645-2700*
*Newark, New Jersey 07102*

October 3, 2025

Melissa E. Rhoads, Clerk
United States District Court
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Attention:    Antigone Owens-Krefski, Deputy Clerk

           Re:        *United States v. Michael Farrell*
           Related to:  *United States v. Mansinh Chaudhari* (24-cr-806 (MEF))

Dear Ms. Owens-Krefski:

      Enclosed for assignment is an Information charging defendant Michael Farrell with conspiracy to violate the Anti-Kickback Statute, contrary to 42 U.S.C. § 1320a-7b(b)(2)(A), in violation of 18 U.S.C. § 371. The charge in the Information arose from the same events that form the basis for the Information in the matter referenced above, which was assigned to U.S. District Judge Michael E. Farbiarz.

- 2 -

Pursuant to Local Criminal Rule 18.1, we are informing you of the relationship of these cases so that you may determine whether these matters should be considered related and assigned to Judge Farbiarz in the interests of judicial economy.

    Very truly yours,

    TODD BLANCHE
    U.S. Deputy Attorney General

    ALINA HABBA
    Acting U.S. Attorney
    Special Attorney

    *R. David Walk, Jr.*
By:    R. David Walk, Jr.
    Deputy U.S. Attorney